UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>Plaintiff )<br>    )<br>    )<br>vs. )<br>    )<br>Desiree Marie Patton )<br>    )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR0046-LAB<br>                   07mj2935<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06757298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Martha Araceli Lopez-Yanez

DATED:  1-8-08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
           Deputy Clerk